FILE COPY

SHERRY RADACK
CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
JUSTICES

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.txcourts.gov/1stcoa.aspx



# Court of Appeals
# First District

**301 Fannin Street**
**Houston, Texas 77002-2066**

CORRECTED NOTICE
May 13, 2015

Daucie Elana Schindler
Chief Prosecutor, Appellate Division
Harris County District Attorney's Office
1201 Franklin Ste 600
Houston, TX 77002-1923
* DELIVERED VIA E-MAIL *

Alan Curry
Harris County - Assistant Public Defender
1201 Franklin Street, 13th Floor
Houston, TX 77002
* DELIVERED VIA E-MAIL *

**RE:** **Court of Appeals Number:** 01-15-00416-CR, 01-15-00417-CR, 01-15-00418-CR
**Trial Court Case Number:** 1353154, 1443321, 1443322

**Style:** Travis M. Edwards v. The State of Texas

The Court has received a copy of the notice of appeal in this trial court case.

The notice of appeal was filed April 23, 2015. The Court's records do not reflect that a post judgment motion was filed. Therefore, the complete record is due within 60 days, or **June 22, 2015**.

The official or deputy reporter is responsible for preparing, certifying, and timely filing the reporter's record if: **the party responsible for paying for the preparation of the reporter's record has paid the reporter's fee, or has made satisfactory arrangements with the reporter to pay the fee,** or is entitled to appeal without paying the fee. Tex. R. App. P. 35.3(b)(3). If you are not the court reporter in this case, or additional court reporters took testimony in this case, please advise the Court in writing immediately. The Court may consider an appeal without a reporter's record if no reporter's record is filed due to appellant's fault. Tex. R. App. P. 35.3(c).

Counsel must forward the docketing statement as required by Tex. R. App. P. 32.4. For your convenience, the docketing statement form is posted on this Court's website listed above. If the website is not convenient, you may phone the Clerk's Office and it will be provided upon request.

The First Court of Appeals follows the Standards of Conduct adopted by Order of the Texas Supreme Court and the Court of Criminal Appeals on February 1, 1999. All attorneys, parties and pro se litigants appearing before the First Court of Appeals are expected to fully comply with these standards of conduct as well as all applicable Texas Rules of Appellate Procedure, Texas Rules of Professional Conduct, Texas Rules of Disciplinary Procedure, and the Code of Judicial Conduct. A copy of the Standards of Conduct may be found on the Court's website.

Sincerely,

Christopher A. Prine, Clerk of the Court

**cc: Judge 228th District Court** (DELIVERED VIA E-MAIL)

FILE COPY

**Court Reporter 228th District Court** (DELIVERED VIA E-MAIL)
**Harris County District Clerk's Office–Criminal** (DELIVERED VIA E-MAIL)